# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 4/18/2023 |
| Case: 23−20693−JAD | Form ID: 224 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com

                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Charles V. Trafalis, III      406 South Second Avenue      Elizabeth, PA 15037
cr      Mill City Mortgage Loan Trust 2019−1, Wilmington Savings Fund Society, FSB, as Trustee      c/o McCalla Raymer Leibert Pierce, LLC      Bankruptcy Department      1544 Old Alabama Road      Roswell, GA 30076
15586444      Fay Servicing      110 Avenue B #100      Stafford, TX 77477
15590339      Mill City Mortgage Loan Trust 2019−1, Wilmington      c/o McCalla Raymer Leibert Pierce, LLC      Bankruptcy Department      1544 Old Alabama Road      Roswell, GA 30076
15587446      Pennsylvania Department of Revenue      Bankruptcy Division PO Box 280946      Harrisburg PA 17128−0946

                         TOTAL: 5